```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
KENNETH A. BROWN,

                        Plaintiff,           08 Civ. 5893 (DAB)
                                                    ORDER
        -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
--------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

You are the Plaintiff in the above-captioned case, which has been assigned to this Court for all purposes. All correspondence relating to this case should be directed to the Pro Se Office, U.S. Courthouse, 500 Pearl Street, New York, New York 10007-1312. No correspondence shall be sent directly to the Court.

While this action is pending, it is the responsibility of the pro se Plaintiff immediately to inform the Court, through the Pro Se Office, of any changes of address.

SO ORDERED.

Dated:    New York, New York
          April 9, 2009

                                    _____
                                          Deborah A. Batts
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/09